## Case No. 14,846.

### UNITED STATES v. CONNER.

[1 Cranch, C. C. 102.] [1]

Circuit Court, District of Columbia. Dec. Term, 1802.

GAMING—OWNER OF TABLE—WHO MAY BE INDICTED.

1. Upon an indictment for keeping a gaming-table in a booth upon a race-field, contrary to the act of Maryland, it is not necessary to prove that the traverser was the owner.

2. He is equally guilty, whether he acted as principal, or agent, or servant of the owner.

Indictment for keeping a gaming-table, to game with dice, at a booth, on the race-field, contrary to an act of assembly of Maryland.

THE COURT instructed the jury that it was not necessary for the United States to prove that the traverser was the owner of the table, if he played at it as owner, and appeared to be the person who set it up. And that it was of no importance whether the traverser acted as principal or as agent or servant for the owner of the table. In each case he was equally guilty.

Quære. See U. S. v. Voss [Case No. 16,628], and the cases there referred to.